IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02413-REB-MJW

JOSEPH J. MANN, et al.,

Plaintiffs,

v.

BRIAN D. BOATRIGHT, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Motion to Seal File or, Alternatively, to File Complaint as "John Doe" and "Jane Doe" (docket no. 3) is DENIED.

It is FURTHER ORDERED that the Plaintiffs' Motion for Leave to File Complaint Under Seal and to Seal File, or, Alternatively, to File Complaint as "John Doe" and "Jane Doe" (docket no. 2) is DENIED.

The Plaintiffs have failed to demonstrate any basis for sealing of these motions and the Complaint. It is thus further

ORDERED that the two above motions (docket nos. 2 and 3) and the Complaint (docket no. 1) are hereby unsealed.

Date: December 7, 2005